1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                 SOUTHERN DISTRICT OF CALIFORNIA
10
11   GEORGE J. GRESZCZUK,              )      Case No. 09cv0738
                                       )
12                  Plaintiff,         )      ORDER ON JOINT MOTION TO
                                       )      DISMISS
13   v.                                )
                                       )
14                                     )
     NISSAN NORTH AMERICA, INC.,       )
15                                     )
                    Defendants.        )
16   _____ )
17
18        IT IS HEREBY ORDERED that the above captioned action be dismissed with
19   prejudice pursuant to FRCP 41 (a)(1).
20   DATED:  July 27, 2009
21                                       _____
22                                       Hon. Jeffrey T. Miller
                                         United States District Judge
23
24
25
26
27
28

1